UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**Nachman Weinberger** individually
and all other similarly situated consumers,

       Plaintiff,

v.                              **STIPULATION OF DISMISSAL**

                                       Case No. 1:17-cv-06266-MKB-RML

**Van Ru Credit Corporation**

       Defendant.
_____/

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL

COMES now plaintiff, and defendant, by and through their undersigned counsel, in the above-titled action and request entry of a Final Order of Dismissal with Prejudice in this matter, each party to bear its own costs and fees, and without prejudice as to the rights of any putative class members, if any.

Dated this 28th day of February 2018.

| | |
|---|---|
| /s/ David Palace | /s/ Aaron R. Easley |
| David Palace, Esq. | Aaron R. Easley, Esq. |
| Law Offices of David Palace | Sessions, Fishman, Nathan & Israel, l.l.c. |
| 383 Kingston Avenue, #113 | 3 Cross Creek Drive |
| Brooklyn, NY 11213 | Flemington, NJ 08822 |
| Phone: (347) 651-1077 | 908-237-1660 |
| Fax: (347) 464-0012 | Fax: 908-237-1663 |
| Email: davidpalaceesq@gmail.com | Email: aeasley@sessions.legal |
| | |
| Attorney for Plaintiff | Attorneys for Defendant |

SO ORDERED:
s/ MKB 2/28/2018

_____
MARGO K. BRODIE
United States District Judge